MORTGAGE COMMISSION OF THE STATE OF NEW YORK and TITLE GUARANTEE AND TRUST COMPANY, Appellants, v. LOUIS SIEGEL, Respondent.— In an action brought by the plaintiffs, here appellants, to foreclose a mortgage on real estate owned by defendant Siegel, here respondent, order granting motion of defendant

Siegel to dismiss the complaint herein and to vacate the notice of pendency of this action without costs affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ., concur.